IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-44-D

| | |
|---|---|
| ROBERT NELSON BELL, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW HANOVER COUNTY SHERIFF'S )<br>DEPARTMENT, )<br>DEPUTY SHERIFF J. M. KNOX, )<br>DEPUTY SHERIFF W. J. BAXLEY, )<br>RESPONDING DEPUTY SHERIFFS OF )<br>SQUAD "B," )<br>)<br>Defendants. ) | **ORDER** |

On March 4, 2014, plaintiff filed a pro se application to proceed in forma pauperis [D.E. 1]. In the application plaintiff states that he owns real estate valued at $230,000, but fails to state the amount of equity in the real estate.

In Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331 (1948), the Supreme Court first set forth the governing standard. It held: "[w]e think an affidavit is sufficient which states that one cannot because of his poverty 'pay or give security for the costs . . . and still be able to provide' himself and dependents 'with the necessities of life." Id. at 339; Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 203 (1993).

Given plaintiff's failure to accurately complete his application, the court cannot determine whether he is permitted to proceed in the filing of a lawsuit in forma pauperis. Accordingly, plaintiff is ORDERED TO PARTICULARIZE his application no later than April 18, 2014. If he fails to do so, the clerk shall close the case without further order from the court.

SO ORDERED. This 12 day of March 2014.

                                                JAMES C. DEVER III
                                                Chief United States District Judge