IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-44-D

| | | |
|---|---|---|
| ROBERT NELSON BELL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEW HANOVER COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF J. M. KNOX, DEPUTY SHERIFF W. J. BAXLEY, RESPONDING DEPUTY SHERIFFS OF SQUAD "B," | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On April 18, 2014, plaintiff (appearing pro se) field a supplemental application to proceed in forma pauperis under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings. Plaintiff's supplemental filing clarified his application to proceed without prepayment of fees and demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, his application is allowed.

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is directed to serve the summons and a copy of the complaint on defendants.

SO ORDERED. This 1 day of May 2014.

JAMES C. DEVER III
Chief United States District Judge