UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:14 CV 44-D

| | | |
|---|---|---|
| ROBERT NELSON BELL, JR., | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| NEW HANOVER COUNTY SHERIFF'S | ) | |
| DEPARTMENT, including, but not limited | ) | |
| To: DEPUTY SHERIFF J.M. KNOX, | ) | |
| DEPUTY SHERIFF S.B. TAYLOR, | ) | |
| DEPUTY SHERIFF W.J. BAXLEY, | ) | |
| RESPONDING DEPUTY SHERIFF'S OF | ) | |
| SQUAD "B" in his or her individual and | ) | |
| official capacities. | ) | |
| Defendants | ) | |

THIS CAUSE being heard by the undersigned on Motion of Defendants, Knox, Taylor, Baxley, and the entity named as the New Hanover County Sheriff's Dept., for an order extending the time within which to serve a response or otherwise plead; and it appearing unto the Court that the time allowed to respond or otherwise plead to the Plaintiff's Complaint has not expired, and that the motion should be allowed:

IT IS THEREFORE ORDERED that the time for serving a response or otherwise pleading to the Plaintiff's Complaint for Defendants Knox, Taylor, Baxley, and the entity named as the New Hanover County Sheriff's Dept., be and the same is hereby extended to and including the 10th day of July, 2014.

This the _10_ day of _June_, 2014.

By: _____
JULIE A. RICHARDS, CLERK