

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Julie A. Richards  
Clerk of Court

July 10, 2014

Robert Nelson Bell Jr.
5912 Carolina Beach Road
Wilmington, NC 28412

RE: Bell v. New Hanover County Sheriff's Department et al.
    7:14-CV-44-D
    **Notice to Pro Se Party Regarding Response to Motion to Dismiss Filed on 7/9/2014 - Docket Entry 20**

Dear Mr. Bell:

The defendants have filed a motion to dismiss with regard to the above-captioned case. Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented. Your material in opposition to the motion to dismiss must be filed on or before 8/2/2014.

Sincerely,

JULIE A. RICHARDS, CLERK OF COURT


(By)   Susan K. Edwards
       Deputy Clerk


cc:    Scott C. Hart