AFFIDAVIT OF BRENDA BELL

1. On or about 8pm on March 4, 2011, your affiant's spouse, Robert Bell Sr., received a call on his cell phone from the New Hanover County Sheriff's Department asking for Robert Bell.

2. Your affiant was told by the person on the phone that they were at your affiant's son's home and that he wouldn't come to the door.

3. Your affiant stated to the person on the phone that she and her spouse would be right over.

4. Upon arrival at your affiant's son's home, your affiant noticed multiple Sheriff's cars everywhere.

5. Your affiant noticed more Sheriff's cars arriving at your affiant's son's home within minutes of arrival.

6. Your affiant noticed that the Officers were angry and continuously and loudly knocked on the door and rang the doorbell of your affiant's son's home.

7. Your affiant overheard her son yelling through the door, "Go away, you didn't come when I needed you, she's gone now and you are not needed anymore."

8. Your affiant overheard the Sheriff's Officers repeatedly stating, "Open the door Mr. Bell."

9. Your affiant noticed the front door slowly crack open and two large Officers enter her son's home and grab his arms.

10. Your affiant witnessed two Sheriff's Officers walk his son out of the house and throw her son face down on the deck with his arms raised above his back.

11. Your affiant witnessed an Officer dressed all in black kicking her son while other Officers held him down.

12. Your affiant witnessed an EMT wiping blood from her son's swollen face after he was brought down the deck stairs.

13. Your affiant witnessed multiple Officers enter her son's home searching for something your affiant and her spouse were unaware of.

14. Your affiant witnessed her son being placed in a Sheriff's car and taken away.

15. Your affiant noticed her spouse, Robert Nelson Bell, Sr. attempting to secure the front door of their son's home.

16. Your affiant witnessed all parties then left the premises.

Further, Affiant sayeth naught,

_Brenda Bell_  August 23, 2014
Brenda Bell                              Date

Subscribed and sworn to (or affirmed) before me on this  23  day of August 2014 Brenda Bell., proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Kimberly Beck_
Notary Public (Seal)

My Commission expires on June 20, 2017.