## AFFIDAVIT OF GENE BECK

1. Your affiant received a phone call from Robert N. Bell, Sr. and Brenda Bell on March 4, 2011, and advised that there was a domestic disturbance at your affiant's cousins home located at 201 Williams Rd., Wilmington, NC 28409.

2. Your affiant was asked by Robert N. Bell, Sr. to come immediately to meet them at your affiant's cousin's residence.

3. Upon arrival, your affiant witnessed a total of twelve (12) Sheriff's cars in the driveway and on the street.

4. Your affiant witnessed several Sheriff's Officers on the front porch deck of the residence.

5. Your affiant was instructed not to go onto the property and to remain on the street near the Sheriff's cars.

6. While standing on the street, your affiant heard several announcements coming over a Sheriff's car radio relating to the domestic disturbance. Your affiant heard one Officer trying to confirm if contact had been made with the "female" involved in the disturbance. Your affiant then heard an Officer respond that contact had been made with "female" and that she was ok and at her residence.

7. Your affiant noticed an Officer on the deck repeatedly stating that the affiant's cousin needed to open the door.

8. Your affiant heard Robert N. Bell, Sr. calling out loudly to his son Robbie, to just open the door – the Officers just wanted to talk to him.

9. Your affiant noticed the door opening and a large Caucasian Officer pushed his way through the front door, keeping it open with his foot.

10. Your affiant noticed a second large African American Officer entering your affiant's cousin's home forcibly.

11. Your affiant witnessed the two Officers jerk your affiant's cousin off his feet and throw him face down on the deck, just outside the front door, with his arms pulled up behind his back.

12. Your affiant witnessed an Officer tase your affiant's cousin repeatedly while the other Officers were holding him down.

13. Your affiant witnessed an Officer dressed in black and wearing combat boots, repeatedly kicking your affiant's cousin's head while the other Officers held him down.

14. Your affiant witnessed his cousin crying out, "mama help, mama help me, I can't breathe!"

15. Your affiant witnessed Robert N. Bell, Sr. repeatedly yelling at the Officers stating his son has bronchitis and asthma and that he was not resisting you.

16. Your affiant witnessed his cousin being handcuffed and walked over by several Officers to an EMS vehicle.

17. Your affiant witnessed an EMT shining a light in your affiant's cousin's face, already swollen and bloodied.

18. Your affiant witnessed the EMT wiping blood from your affiant's cousin's mouth and face.

19. Your affiant witnessed his cousin being walked over to a Sheriff's car. Your affiant did not hear your affiant's cousin being advised of his rights nor told what charges he was being arrested for. Your affiant's cousin was then put into the back of a Sheriff's car and taken away.

20. Your affiant witnessed five Officers entering your affiant's cousin's home.

21. Your affiant witnessed Robert N. Bell, Sr. trying to lock the front door of the residence, but had no key to secure the property.

22. Your affiant witnessed all remaining parties leaving the premises.

Further, Affiant sayeth naught,

_____   _____9/8/14_____
Gene Beck                    Date

Subscribed and sworn to (or affirmed) before me on this __8__ day of __September__, 2014 Gene Beck., proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (Seal)
Notary Public

My Commission expires on  7/17/2015

